**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **JIVE COMMUNICATIONS, INC.,** | ) | |
| | ) | **CASE NO. 1:15-cv-794-LMB-JFA** |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **COMMUNICLIQUE, INC.,** and | ) | |
| | ) | |
| **DOMAINS BY PROXY, LLC,** | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF DISMISSAL AS TO DEFENDANT DOMANS BY PROXY, LLC**

Plaintiff Jive Communications, Inc. ("Jive"), pursuant to Fed. R. Civ. P. 41 and through its undersigned counsel, hereby gives notice of its dismissal of this action as to Defendant Domains By Proxy, LLC.

Jive is continuing this action as against the remaining defendant, Communiclique, Inc.

Respectfully submitted,

/s/ Elita C. Amato
ELITA C. AMATO, ESQ.
(VA. Bar No. 75827)
1600 Wilson Blvd., Suite 205
Arlington, Virginia 22209
Tel.: (703) 522-5900
Fax: (703) 876-8957
Amato.law@comcast.com
*Attorney for Plaintiff Jive Communications*

By: /s/ Andrew Grosso
Andrew Grosso (PHV)
Andrew Grosso & Associates
1101 Thirtieth Street NW
Suite 300
Washington, D.C. 20007
Tel.: (202) 298-6500
*Attorney for Plaintiff Jive Communications*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2015, the foregoing was served by the Court's Electronic Filing system to all counsel of record.

By: /s/ Elita C. Amato
ELITA AMATO, ESQ.
(VA. Bar NO. 75827)
1600 Wilson Blvd., Suite 205
Arlington, Virginia 22209
Telephone (703) 522-5900
Facsimile:  (703)875-8957
Email:  Amato.law@comcast.net